UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Deljou Art Group, LLC<br><br>                                    *Plaintiff*<br>v.<br><br>SWK ECHNOLOGIES, INC.<br><br>                                    *Defendant* | Civil Action No. 2:23-cv-22439 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Deljou Art Group, LLC  , is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*Stuart Reiser*
Signature of Attorney

411 Hackensack Avenue
Address

Hackensack, NJ 07601
City/State/Zip

11/17/2023
Date

DNJ-CMECF-005 (12/1/2022)