

January 28, 2025

**Shannon Gerardo**
973.735.1470 (direct)
973.202.0801 (mobile)
Shannon.Gerardo@WilsonElser.com

<u>VIA ECF</u>
Honorable Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      RE:    Deljou Art Group, Inc. v. SWK Technologies, Inc.
                Civil Action No.: 23-cv-22439 (BRM) (JRA)

Dear Judge Almonte:

      Please be advised that this office represents Defendant SWK Technologies, Inc. in the referenced matter.

      I write to request a brief adjournment of the settlement conference scheduled for February 4, 2025 (with submissions due to be provided to Your Honor today, January 28).  Defendant has not had sufficient time to prepare for the settlement conference due to the undersigned's family emergency.  I have the consent of my adversaries.  In this vein, Deljou requests that the Court allows out-of-state participants to appear remotely for the settlement conference.  Defendants consent to the remote appearance and graciously await the Court's responses to the within requests.

      Thank you for your attention to this matter, and I can be reached by phone or email for any further discussion.

                Respectfully,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                */s/ Shannon Gerardo*
                Shannon M. Gerardo

SMG/cz
cc:     All Counsel (Via ECF)

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Edwardsville, IL
Garden City, NY | Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA
Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

307455891v.1