UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DELJOUR ART GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SWK TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No.<br><br>23-cv-22439 (BRM) (JRA)<br><br><br>**MEDIATION REFERRAL ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated January 28, 2025 (ECF No. 28); and for good cause shown,

**IT IS** on this day, January 29, 2025, **ORDERED** that:

1. Pursuant to Local Civil Rule 301.1, the parties are referred to mediation before the Hon. Mark Falk, a District of New Jersey Certified Mediator, subject to his completion of a conflict check. The mediator's contact information is available on the Court's website at https://www.njd.uscourts.gov/sites/njd/files/MasterListMediation.pdf.

2. The parties shall complete mediation on or before **March 31, 2025**.

3. No later than **April 1, 2025**, the parties shall file a joint letter not to exceed five (5) pages informing the Court whether this matter was resolved at mediation, and if not, summarizing the status of the case.

                                                                                                    HON. JOSÉ R. ALMONTE
                                                                                                    UNITED STATES MAGISTRATE JUDGE